EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2008 TSPR 9 |
| Junta de Educación Jurídica Continua | 173 DPR _____ |

Número del Caso: EN-2008-01

Fecha: 25 de enero de 2008

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Junta de Educación                                    EN-2008-01
Jurídica Continua

RESOLUCIÓN

San Juan, Puerto Rico, a 25 de enero de 2008.

En virtud del poder inherente del Tribunal Supremo para reglamentar lo concerniente al ejercicio de la abogacía en Puerto Rico y la 8 (a) del Reglamento de Educación Jurídica Continua aprobado el 30 de abril de 1998, según enmendada por la Resolución del 26 de abril de 2005, y habiendo vencido el término de los nombramientos de los miembros originales, se renominan los miembros activos de la Junta y se designan tres nuevos nombramientos según se detalla a continuación.

La Junta de Educación Jurídica Continua estará compuesta por los siguientes distinguidos abogados y distinguidas abogadas:

Dr. Efraín González Tejera, Presidente
Hon. Luis Roberto Piñero
Hon. José Alberto Morales
Lic. Tamara Sosa Pascual
Lic. Mario Rafael Oronoz Rodríguez
Lic. Angélica Toro Lavergne
Lic. María Dolores Trelles Hernández
Lic. Carmen E. Mora Ruiz

Los licenciados Efraín González Tejera, Carmen E. Mora Ruiz y Angélica Toro Lavergne se desempeñarán en sus cargos por un término de cinco (5) años. Los licenciados Mario Rafael Oronoz Rodríguez y María Dolores Trelles Hernández se desempeñarán en sus cargos por cuatro (4) años. Los Jueces José Alberto Morales y Luis Roberto Piñero se desempeñarán en sus cargos por tres (3) años. La licenciada Tamara Sosa Pascual se desempeñará en su cargo por dos (2) años.

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                              Aida Ileana Oquendo Graulau
                              Secretaria del Tribunal Supremo